IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

UNITED STATES OF AMERICA     )
                                )     No. 3-12-00017
v.                             )
                                )
JAMES LEON SHAW, III        )

## O R D E R

The defendant's motion to schedule detention hearing (Docket Entry No. 28) is GRANTED.

A hearing on the government's motion for detention (Docket Entry No. 9)[1] is scheduled on

**Friday, July 13, 2012, at 10:00 a.m.,** in Courtroom 764, U.S. Courthouse, 801 Broadway,

Nashville, TN.

The U.S. Marshal shall produce the defendant for the July 13, 2012, hearing.

It is so ORDERED.


_____
JULIET GRIFFIN
United States Magistrate Judge

---

[1]  As reflected in the order entered February 22, 2012 (Docket Entry No. 18), at the scheduled detention hearing on February 21, 2012, the defendant waived his right to have a detention hearing, reserving his right to have a hearing upon his request at a later date.