IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

UNITED STATES OF AMERICA    )
                                )     No. 3-12-00017
v.                            )
                                )
JAMES LEON SHAW, III         )

O R D E R

The defendant's motion to hold his motion for a detention hearing in abeyance (Docket Entry No. 30) is DENIED, without prejudice, as provided herein.

On February 21, 2012, the defendant waived his right to a hearing on the government's motion for detention, while reserving his right to seek release at a future time. See order entered February 21, 2012 (Docket Entry No. 18). On July 3, 2012, the defendant filed a motion to schedule a detention hearing (Docket Entry No. 28), which was granted by order entered July 9, 2012 (Docket Entry No. 29), and a hearing was scheduled on July 13, 2012.

Upon defendant's request, the hearing was continued to be rescheduled on a later date.

There is nothing to hold in abeyance because the defendant's previous motion to schedule detention hearing has already been granted.

The defendant shall have leave to file a motion to reschedule a hearing and/or for release at any time.

It is so ORDERED.

_____
JULIET GRIFFIN
United States Magistrate Judge