IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | No. 3:12-00017 |
| v. | ) | ALETA A. TRAUGER |
| | ) | Judge, U.S. District Court |
| | ) | |
| JAMES LEON SHAW, III | ) | |

## JAMES LEON SHAW, III'S MOTION TO DISMISS COUNSEL

**COMES** the accused, **JAMES LEON SHAW, III,** through counsel, Isaiah S. Gant, Assistant Federal Public Defender, and respectfully moves this Honorable Court to enter an order relieving undersigned counsel from any further responsibility to provide Mr. Shaw legal representation in this matter.

**WHEREFORE,** for the above and foregoing reason, it is respectfully prayed that this Honorable enter an order relieving Isaiah S. Gant, Assistant Federal Public Defender, from any further responsibility to provide James Leon Shaw, III, legal representation in this matter.

Respectfully submitted,

/s/ Isaiah S. Gant
Isaiah S. Gant (BPR #025790)
Assistant Federal Public Defender
810 Broadway, Suite 200
Nashville, Tennessee 37203
615-736-5047
E-mail: skip_gant@fd.org

Attorney for James Leon Shaw, III

## CERTIFICATE OF SERVICE

I hereby certify that on August 1, 2012, I electronically filed the foregoing Motion to Dismiss Counsel with the clerk of the court by using the CM/ECF system, which will send a Notice of Electronic Filing to the following: Clay T. Lee, Assistant United States Attorney, 110 Ninth Avenue South, Suite A-961, Nashville, Tennessee 37203.

/s/ *Isaiah S. Gant*
Isaiah S. Gant