IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 3:12-00017 |
| | ) | Judge Trauger |
| JAMES LEON SHAW, III | ) | |
| | ) | |

### O R D E R

The Motion For Continuance of Present Trial Date filed by defense counsel (Docket No. 40) is **GRANTED** and, by separate order, this trial will be rescheduled for November 13, 2012.

The additional period of delay is specifically excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(1)(A).

It is so **ORDERED**.

ENTER this 21st day of August 2012.

_____
ALETA A. TRAUGER
U.S. District Judge