## IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | Criminal No. 3:12-00017 |
| | ) | Judge Trauger |
| JAMES LEON SHAW, III | ) | |
| | ) | |

### O R D E R

It is hereby **ORDERED** that the Clerk shall enter in the record of this case, **under seal**, the evaluation completed by the Bureau of Prisons on this defendant.

It is so **ORDERED.**

Enter this 26th day of March 2013.

_____
ALETA A. TRAUGER
United States District Judge