**IN THE UNITED STATES DISTRICT COURT FOR THE**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | Criminal No. 3:12-00017 |
| | ) | Judge Trauger |
| JAMES LEON SHAW, III | ) | |
| | ) | |

**O R D E R**

It is hereby **ORDERED** that the Clerk shall file **under seal** the Supplemental Forensic

Report received from the Bureau of Prisons.

It is so **ORDERED.**

Enter this 3rd day of April 2013.

_____
ALETA A. TRAUGER
United States District Judge