# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 3:12-00017 |
| | ) | Judge Trauger |
| JAMES LEON SHAW, III | ) | |
| | ) | |

## O R D E R

A hearing was held on April 10, 2013 to determine the mental competency of the defendant to stand trial. 18 U.S.C. §§ 4241(c) and 4247(d). For the reasons expressed on the record at the close of the hearing, which are incorporated herein by reference as if set forth verbatim, the court hereby finds by a preponderance of the evidence that the defendant is presently suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him and to assist properly in his defense. It is therefore **ORDERED** that, pursuant to 18 U.S.C. § 4241(d), the defendant is **COMMITTED** to the custody of the Attorney General, who shall hospitalize the defendant for treatment in a suitable facility for a reasonable period of time, not to exceed four (4) months, to determine whether there is a substantial probability that he will, in the foreseeable future, become competent to stand trial.

It is further **ORDERED** that, by August 9, 2013, the Attorney General shall provide to the court a report as to the defendant's mental condition, which report may contain a request to hospitalize the defendant for an additional reasonable period of time, if there is a substantial probability that an additional period of time will restore the defendant to competency to stand

1

trial. 18 U.S.C. § 4241(d)(2)(A).

The court **RECOMMENDS** to the Attorney General that the defendant be hospitalized at a suitable facility as close to Nashville, Tennessee as reasonably possible.

It is so **ORDERED.**

Enter this 10th day of April 2013.

ALETA A. TRAUGER
United States District Judge