IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 3:12-00017 |
| | ) | Judge Trauger |
| JAMES LEON SHAW, III | ) | |
| | ) | |

**O R D E R**

The court and counsel for the parties have been furnished a report from the Federal Bureau of Prisons requesting permission to forcibly medicate the defendant in order to restore him to competency. It is hereby **ORDERED** that the Clerk shall file the report attached to this Order **under seal** in the court record.

It is hereby **ORDERED** that a hearing shall be held on Monday, October 21, 2013, at 9:00 a.m., in order to address this request under prevailing law, including Sixth Circuit interpretation of those procedures. *See United States v. Grigsby*, 712 F.3d 964 (6th Cir. 2013). If the government wishes to present testimony of medical personnel presently treating the defendant, they should make arrangements with Judge Trauger's courtroom deputy for videoconferencing in those individuals for the hearing.

It is so **ORDERED.**

Enter this 10th day of October 2013.

ALETA A. TRAUGER
United States District Judge

1