# IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 3:12-00017 |
| | ) | Judge Trauger |
| JAMES LEON SHAW, III | ) | |
| | ) | |

## O R D E R

It is hereby **ORDERED** that the hearing to determine whether the defendant will be placed on forced medication to aid restoration of competency shall be held on Thursday, November 21, 2013, at 2:00 p.m. It is further **ORDERED** that the United States Marshal shall arrange for transportation of the defendant to this district for this hearing.

It is so **ORDERED.**

Enter this 30th day of October 2013.

_____
ALETA A. TRAUGER
United States District Judge