# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 3:12-00017 |
| | ) | Judge Trauger |
| JAMES LEON SHAW, III | ) | |
| | ) | |

## O R D E R

An evidentiary hearing was held on November 21, 2013 on the issue of whether or not the defendant would be forced to take medication in an effort to restore him to competency. The court announced its findings and reasoning on the record at the conclusion of the hearing, which are incorporated herein by reference as if set forth verbatim. For the reasons expressed, the court finds that the government has established, by clear and convincing evidence, the four factors set out in *Sell v. United States*, 539 U.S. 166, 179-80 (2003) and Sixth Circuit Court of Appeals rulings interpreting that standard. It is therefore **ORDERED** that the defendant is hereby **COMMITTED** to the Bureau of Prisons for another period of 120 days so that he may receive involuntary treatment with antipsychotic medication for purposes of restoring him to competency, pursuant to 18 U.S.C. § 4241(d)(2).

It is so **ORDERED.**

Enter this 22nd day of November 2013.

_____
ALETA A. TRAUGER
United States District Judge